# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128934(42)

BEVERLY A. MOORE,
      Plaintiff-Appellant,

v

LISETTE EGAN, BRIAN OBERLY,
PATTY SCHOECK, YVONNE
BROWNLEE, ALICIA HORVATH,
and SISTERS OF BON SECOURS
NURSING CARE CENTER, et al,
      Defendants-Appellees.

SC: 128934
COA: 259352
Wayne CC: 04-416248-CD

_____/

On order of the Court, the motion for reconsideration of this Court's order of November 29, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006                                            
                                                  Clerk

d0123